# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENETHIA DURGIN** | : | |
| | : | |
| V. | : | NO. 2:23-cv-00188-CFK |
| | : | |
| **THE HERSHEY COMPANY** | : | |

## NOTICE OF VOLUNTARY DISMISSAL

**TO THE CLERK OF COURT:**

Pursuant to FRCP 41(a)(1)(A), Plaintiff hereby dismisses the above-captioned action without prejudice.

/s/ John K. Weston

John K. Weston
PA ID 26314
Attorney for Plaintiff
SACKS WESTON LLC
1845 Walnut Street, Suite 1600
Philadelphia, PA 19103
(215) 925-8200
jweston@sackslaw.com